UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELAINE L. CHAO, Secretary of Labor, :
United States Department of Labor, :
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff　　　　 :
　　　　　　　　　　　　　　　　　　:　CIVIL ACTION NO. 06-4211
　　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
Transport Workers Union,　　　　　 :
Local Union 700; AFL-CIO　　　　　 :
Robert Taylor, President, and　　　　:
David Taylor, Treasurer of the　　　 :
Aforementioned Union　　　　　　　:
　　　　　　　　　　Defendants　　 :
　　　　　　　　　　　　　　　　　　:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CONSENT JUDGMENT

Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor, has filed her Complaint alleging violations of Title II of the Labor-Management Reporting and Disclosure Act of 1959 (Act of September 14, 1959, 73 Stat. 519, et seq., 29 U.S.C. 401, et seq.), hereinafter referred to as the Act. Defendants Transport Workers Union, Local Union 700; AFL-CIO, Robert Taylor, President, and David Taylor, Treasurer of the aforementioned Union, (hereinafter collectively referred to as, "Defendants"), hereby agree to the entry of this Consent Judgment without contest. It is, therefore:

1

ORDERED, ADJUDGED, AND DECREED that Defendants, their officers, agents, servants, employees, and all persons acting or claiming to act on their behalf and interest be, and they hereby are, permanently enjoined and restrained from failing to file annual financial reports as required by Section 201(b) of the Act (29 U.S.C. Sections 431(b)) and the rules and regulations promulgated by the Secretary of Labor pursuant to Section 208 of the Act (29 U.S.C. Section 438) in the following manner:

Defendant union, and the individual defendants, as officers of defendant union, shall file for each fiscal year of Defendant Union, a Labor Organization Annual Financial Report, signed by the President and the Treasurer of the labor organization, with the Secretary of Labor, as required by Section 201(b) of the Act (29 U.S.C. 431(b)) and rules and regulations promulgated by the Secretary of Labor pursuant to Section 208 of the Act (29 U.S.C. 438) and published in 29 CFR 403.

If the Defendant Union will be unable to file its Annual Financial Report by the deadline, it will so notify the Department of Labor District Director, and will have an additional thirty days from the deadline to file its Annual Financial Report.

It is FURTHER ORDERED, ADJUDGED AND DECREED that each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding including, but not limited to, attorney fees which may be available under the Equal Access to Justice Act, as amended.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

*Virginia A. Gibson*
Virginia A. Gibson
Assistant United States Attorney
Chief, Civil Division

*Susan R. Becker*
Susan R. Becker
Assistant United States Attorney

On behalf of United States
Department of Labor

DATED: January 8, 2007

*Robert N. Taylor, III — All Rights Reserved*
Robert N. Taylor, III
President
Transport Workers Union, Local 700

On behalf of Transport Workers Union,
Local 700

DATED: Jan. 3rd, 2007

**SO APPROVED:**

_____
Honorable Mary A. McLaughlin
**UNITED STATES DISTRICT COURT JUDGE**

3